IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO JACINTO VELASCO, ) | No. C 12-2848 LHK (PR) |
| Petitioner, ) | ORDER OF DISMISSAL |
| v. ) | |
| WARDEN CONNIE GIPSON, ) | |
| Respondent. ) | |

On June 4, 2012, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner also filed an application to proceed *in forma pauperis*. On October 5, 2012, this Court denied Petitioner's application to proceed *in forma pauperis* and ordered that Petitioner pay the filing fee within thirty days. (Docket No. 7.) The deadline has since passed, and Petitioner has failed to comply. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

The Clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: 11/21/12

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\HC.12\Velasco848dispay.wpd