IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNESTO JACINTO VELASCO, | ) | No. C 12-2848 LHK (PR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN CONNIE GIPSON, | ) ) | |
| Respondent. | ) ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/21/12

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Velasco848jud.wpd