1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNESTO JACINTO VELASCO, | ) | No. C 12-2848 LHK (PR) |
| Petitioner, | ) ) | ORDER DENYING MOTION FOR EXTENSION OF TIME |
| v. | ) ) | |
| WARDEN CONNIE GIPSON, | ) ) | |
| Respondent. | ) ) | (Doc. No. 11.) |

On June 4, 2012, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner also filed an application to proceed *in forma paupers*.  On October 5, 2012, this Court denied Petitioner's application to proceed *in forma pauperis*, and directed Petitioner to pay the $5 filing fee within thirty days. (Doc. No. 7.)  Petitioner failed to pay the required filing fee and the case was dismissed on November 21, 2012.  (Doc. No. 8.)

Petitioner has filed a motion for an extension of time to file a response to Respondent's answer.  (Doc. No. 11.)  Petitioner's case was dismissed for failure to pay the filing fee.  Thus, no response is necessary.  Accordingly, Petitioner's motion is **DENIED**.

IT IS SO ORDERED.

DATED:  2/5/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Denying Motion for Extension of Time
G:\PRO-SE\SJ.LHK\HC.12\Velasco848deny-eot.wpd